United States District Court
Southern District of Texas
**ENTERED**
May 22, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | |
|---|---|
| LAURA ANNE ORTEGA, § § Plaintiff, § VS. § RAR LOGISTICS S.A. de CV and § BRENDA GARCIA RAMOS, § § Defendants. § | CIVIL ACTION NO. 5:19-CV-70 |

## ADVISORY

Before the Court is the Parties' Joint Stipulation of Dismissal With Prejudice (Dkt. No. 30). Parties may generally dismiss a civil suit without a court order by filing a stipulation of dismissal signed by all parties who have appeared. FED. R. CIV. P. 41(a)(1)(A)(ii). Plaintiff's claims were therefore dismissed with prejudice effective upon the filing of the joint stipulation. *Griggs v. S.G.E. Mgmt., L.L.C.*, 905 F.3d 835, 840 (5th Cir. 2018) ("[A] notice of dismissal is self-effectuating and terminates the case in and of itself; no order or other action of the district court is required.").

The Clerk of Court is directed to administratively **CLOSE** this case.

**SIGNED** May 21, 2020.

*[signature]*
Marina Garcia Marmolejo
United States District Judge